**ORDERED ACCORDINGLY.**

Dated: September 30, 2009



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Alan M. Levinsky (SBN: 006702)
BUCHALTER NEMER
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: alevinsky@buchalter.com

Attorneys for Movant

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | **Chapter 7** |
| CARY B. TOONE and SOPHIA D. TOONE, | No. 2:09-bk-17804 GBN |
| Debtor(s), | **ORDER MODIFYING AUTOMATIC STAY** |
| DESERT SCHOOLS FEDERAL CREDIT UNION, Movant, | |
| -vs- | |
| CARY B. TOONE and SOPHIA D. TOONE, DAVID M. REAVES, Trustee, Respondents. | |

  DESERT SCHOOLS FEDERAL CREDIT UNION ("DESERT SCHOOLS") the holder of claims secured by interests in certain real property and proceeds thereof, having filed a Motion for Relief from the Automatic Stay, and after appropriate notice and opportunity for a hearing, no party in interest having objected to such Motion;

  Upon consideration of the allegations contained in the Motion and evidence attached thereto, the Court finds that Movant has valid and perfected liens upon the real property described in the Home Equity Variable Rate Line of Credit Agreements and Disclosure Statements secured by Deeds of Trust attached to Movant's Motion; that the Debtors have been unable to afford

D8881.0254 BN 4376497v1

Movant adequate protection for their interest in said property; that there is no equity in said real property for the Bankruptcy Estate; and that Movant should be permitted to foreclose their liens upon said real property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the stay afforded by 11 U.S.C. § 362 be, and it hereby is, vacated and modified to permit DESERT SCHOOLS to foreclose its liens on the real property described in paragraph 1 of its Motion on file herein, to wit:

**LOT 332, LYONS GATE PHASE 1 AND 2, ACCORDING TO THE PLAT OF RECORD IN THE OFFICES OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 752 OF MAPS, PAGE 16;**

**and**

**LOT 2, THE VILLAGE AT DOBSON CROSSING, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 748 OF MAPS, PAGE 43.**

DATED this _____ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

COPY of the foregoing mailed
this _31st_ day of September, 2009, to:

Cary B. Toone
Sophia D. Toone
291 N. Cottonwood St.
Chandler, Arizona 85225
Debtors

Clint W. Smith
UDALL, SHUMWAY & LYONS PLC
30 W. 1st St.
Mesa, Arizona 85201
Attorney for Debtors

David M. Reaves
P.O. Box 44320
Phoenix, Arizona 85064
Trustee

*/s/ Cathy C. Bohnsack*

D8881.0254 BN 4376497v1                    2