**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2:09-bk-17804-GBN |
|---|---|
| TOONE, CARY B. and TOONE, SOPHIA D., | ) Chapter 7 |
| Debtors. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3003 | 1/27/11 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $173.96 |

Dated this 28th day of April, 2011.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee